

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| VAN DER LINDE HOUSING, INC., d/b/a Container Rentals<br><br>*Plaintiff,*<br><br>v.<br><br>RIVANNA SOLID WASTE AUTHORITY,<br><br>*Defendant.* | CIVIL ACTION NO. 3:05-CV-00076<br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's motion for rehearing, reconsideration, and leave to amend is hereby DENIED.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: _____
U.S. District Judge

5/11/06